**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GARCIA,<br><br>　　　　　Petitioner,<br>　　v.<br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | Case No. 2:12-cv-01878-ODW √<br>Case No. 2:10-cr-00425-ODW √<br><br>**NOTICE OF RESPONDENT'S NON-OPPOSITION** |

　　　　On March 22, 2012, this Court issued an Order extending Respondent United States' time to respond to Petitioner Carlos Garcia's § 2255 habeas Petition to April 30, 2012. (ECF No. 6.) As of the date of this Order, the United States' time to oppose Garcia's Petition has long-since expired. The United States has until April 29, 2013, to oppose Garcia's Petition; otherwise, the Court will consider Garcia's Petition without the benefit of the United States' opposition. Should the United States oppose Garcia's Petition on or before April 29, 2013, Garcia may submit a reply no later than May 20, 2013.

　　　　**IT IS SO ORDERED.**

　　　　April 11, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**