O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GARCIA,<br><br>       Petitioner,<br>   v.<br>UNITED STATES OF AMERICA,<br><br>       Respondent. | Case No. CR 10-00425-ODW<br><br>**JUDGMENT** |

Petitioner Carlos Garcia's Petition for a writ of habeas corpus under 28 U.S.C. § 2255 is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

April 25, 2013

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**